(No. 4591.   Decided March 5, 1903.)

CALDONIE BAILEY, *Respondent*, v. SEATTLE & RENTON RAILWAY
COMPANY, *Appellant*.

Appeal from Superior Court, King County.—Hon. ARTHUR E.
GRIFFIN, Judge.

*Peters & Powell*, for appellant.

*Will E. Humphrey*, for respondent.

PER CURIAM.—For the reasons announced in *County of Jeffer-
son v. Trumbull, ante*, p. 217 (71 Pac. 787), the motion to dismiss
in this case will be denied.

---

(No. 4476.   Decided March 23, 1903.)

MRS. G. E. HALL, *Respondent*, v. A. J. STEELE *et al.*, *Appellants*.

Appeal from Superior Court, King County.—Hon. BOYD J.
TALLMAN, Judge.  Affirmed.

*Roberts & Leehey*, for appellants.

*William Martin* and *W. A. Keene*, for respondent.

PER CURIAM.—Action to foreclose a lien. Plaintiff had judg-
ment below and defendants appeal.

The only question in the case is whether there was a con-
tract for the work done. The plaintiff below, testified that there
was a verbal contract, while the defendants testified that there
was none. Aside from the fact that the work was done, there
are no convincing circumstances in the record favoring either
party. The court below saw and heard the witnesses, and found
in favor of the respondent. After a careful examination of all
the evidence, we are not disposed to disturb the findings.

The judgment is therefore affirmed.